

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-18-00609-CV

Allison **WHITE**,
Appellant

v.

Jason **WALSH**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02528
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due January 7, 2019. Neither the brief nor a motion for extension of time has been filed. We **ORDER** appellant to file, by **January 28, 2019**, the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we may dismiss this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court